# In the United States Court of Federal Claims
BID PROTEST

|  |  |
|---|---|
| ALTRON, INC., | No. 16-515C |
| Plaintiff, | (Filed: June 8, 2018) |
| v. |  |
| THE UNITED STATES OF AMERICA, |  |
| Defendant, |  |
| and |  |
| XTREME SOLUTIONS, INC., |  |
| Defendant-Intervenor. |  |

**ORDER**

Plaintiff Altron, Inc. filed this bid protest in April 2016. ECF No. 1. In August 2016, the government filed notice of its intent to take corrective action. ECF No. 35. In April 2018, the government finally completed its corrective action by issuing an amendment to the solicitation. See ECF No. 55. The parties now agree that this case is moot as a result. ECF No. 57. The Court concurs and therefore **DISMISSES** the case as moot, without prejudice, and directs the Clerk to enter judgment accordingly. Each side shall bear its own costs.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge